#### 13701. ELLISON *et al.* v. THE STATE.

BROYLES, C. J. The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 25, 1922.

Indictment for manufacture of liquor; from Walker superior court — Judge Wright. May 4, 1922.

*Henry & Jackson,* for plaintiff in error.

*E. S. Taylor,* solicitor-general, *J. F. Kelly,* contra.

---

#### 13707. SEWELL *v.* THE STATE.

BLOODWORTH, J. There is no merit in the only special ground of the motion for a new trial. There is some evidence to support the verdict, which is approved by the judge who tried the case. "Whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Owens* v. *State, 27 Ga. App.* 322 (108 S. E. 208).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 25, 1922.

Indictment for manufacture of liquor; from Haralson superior court — Judge Irwin. May 5, 1922.

*Griffith & Matthews,* for plaintiff in error.

*J. R. Hutcheson,* solicitor-general, contra.